KIMBERLY A. SANCHEZ
Acting United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 1:25-po-00119-SAB |
|---|---|
| Plaintiff, | [Citation No. F5445178 CA/42] |
| v. | MOTION AND ORDER FOR DISMISSAL |
| LAWSON L. COLLIER, | |
| Defendant. | |

The United States of America, by and through Kimberly A. Sanchez, Acting United States Attorney, and Arin C. Heinz, Assistant United States Attorney, hereby moves to dismiss Case No. 1:25-po-00119-SAB [Citation #F5445178 CA/42] against LAWSON L. COLLIER, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: July 31, 2025                          Respectfully submitted,

                                              KIMBERLY A. SANCHEZ
                                              Acting United States Attorney

                                       By:    /s/ *Arin C. Heinz*
                                              ARIN C. HEINZ
                                              Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:25-po-00119-SAB [Citation #F5445178 CA/42] against LAWSON L. COLLIER be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: **July 31, 2025**

STANLEY A. BOONE
United States Magistrate Judge